The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON. <br><br> Plaintiffs, <br><br> v. <br><br> CLA ESTATE SERVICES, INC., CLA USA, INC., MITCHELL REED JOHNSON, <br><br> Defendant. | No. 2:18-cv-00480-MJP <br><br> STIPULATED JOINT MOTION AND ORDER TO APPROVE ATTORNEY FEE AWARD, STRIKE MOTION NOTED FOR MAY 25, 2018, AND ENTER JUDGMENT <br><br> **NOTE ON MOTION CALENDAR:** [May 14, 2018] |

**STIPULATED JOINT MOTION**

Pursuant to LCR 7(d)(1), and the Court's May 3, 2018, Order on Remand approving an award of attorney fees and costs to the State of Washington, the parties file this stipulated joint motion to approve an award of attorney fees of $15,000 to the State of Washington and to enter judgment. The parties stipulate and agree that this sum reflects a reasonable compromise of the actual costs and expenses incurred by the State of Washington as a result of the removal proceedings. Defendants CLA Estate Services, Inc., and CLA USA, Inc. further agree to pay this award no later than 14 days following entry of this order and judgment by valid check payable to the State of Washington Attorney General's Office, Attention: Margaret Farmer, Litigation Support Manager, 800 Fifth Ave., Suite 2000, Seattle, WA 98104. The parties agree that

STIP. JOINT MOT. AND ORDER TO
APPROVE ATTORNEY FEE AWARD, STRIKE MOTION,    1
AND ENTER JUDGMENT—No. 2:18-cv-00480-MJP

approving this award and entry of a stipulated judgment will obviate the need for further briefing by the parties and ruling on the State's application for fees, currently noted for the Court's consideration on May 25, 2018, and fully resolve this matter.

**ORDER**

Having reviewed the foregoing stipulation, and being familiar with the files and records herein, the Court approves the stipulation of the parties and orders payment of $15,000 in attorney fees to the State of Washington by Defendants CLA Estate Services, Inc., and CLA USA, Inc. A Judgment reflecting this award shall be separately entered, and the State's application for fees currently noted for consideration, May 25, 2018, is hereby stricken.

IT IS SO ORDERED.

DATED this _15th_ day of _May_, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge

| Presented By: | Agreed to, Approved For Entry, and Notice of Presentation Waived: |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General | CLA ESTATE SERVICES INC. and CLA USA INC. |
| s/ *Trisha L. McArdle*<br>s/ *Cynthia Alexander*_____<br>Trisha L. McArdle, WSBA #16371<br>Senior Counsel<br>Cynthia L. Alexander, WSBA #46019<br>Assistant Attorney General<br>Attorneys for Defendant | s/ *David J. Elkanich*<br>s/ *Calon N. Russell*<br>s/ *Robert M. McKenna*<br>s/ *Brian T. Moran*_____<br>David J. Elkanich, WSBA #35956<br>Calon N. Russell, WSBA #50056<br>Holland and Knight LLP<br>Robert M. McKenna, WSBA #18327<br>Brian T. Moran, WSBA #17794<br>Orrick, Herrington & Sutcliffe<br>Attorneys for Plaintiffs |