The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON.<br><br>                Plaintiffs,<br><br>   v.<br><br>CLA ESTATE SERVICES, INC., CLA USA, INC., MITCHELL REED JOHNSON,<br><br>                Defendant. | No. 2:18-cv-00480-MJP<br><br>STIPULATED JUDGMENT |

The above-entitled matter having come before the court, in accordance with the Order to Remand entered May 3, 2018, and the Stipulated Order Approving Attorney Fee Award, entered on this day:

IT IS ORDERED AND ADJUDGED that judgment is entered for Plaintiff, State of Washington, Office of the Attorney General, Robert W. Ferguson and against Defendants CLA Estate Services, Inc., and CLA USA, Inc. Within 14 days following entry of this Judgment, Defendants shall pay $15,000 by valid check payable to the State of Washington Attorney General's Office, Attention: Margaret Farmer, Litigation Support Manager, 800 Fifth Ave., Suite 2000, Seattle, WA 98104.

///

///

///

STIPULATED JUDGMENT – No. 2:18-cv-00480-MJP    1

DATED this __15th__ day of __May__, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge

| Presented By: | Agreed to, Approved For Entry, and Notice of Presentation Waived: |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General | CLA ESTATE SERVICES INC. and CLA USA INC. |
| s/ *Trisha L. McArdle*<br>s/ *Cynthia Alexander*<br>Trisha L. McArdle, WSBA #16371<br>Senior Counsel<br>Cynthia L. Alexander, WSBA #46019<br>Assistant Attorney General<br>Attorneys for Defendant | s/ *David J. Elkanich*<br>s/ *Calon N. Russell*<br>s/ *Robert M. McKenna*<br>s/ *Brian T. Moran*<br>David J. Elkanich, WSBA #35956<br>Calon N. Russsell, WSBA #50056<br>Holland and Knight LLP<br>Robert M. McKenna, WSBA #18327<br>Brian T. Moran, WSBA #17794<br>Orrick, Herrington & Sutcliffe<br>Attorneys for Plaintiffs |